DANIEL G. BOGDEN, NVBN 2137
United States Attorney
District of Nevada
HEATHER M. MOSS, DCBN 995773
Assistant Regional Counsel
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8826
    Fax: 415-744-0134
    Email: heather.moss@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA D. WILLETT, )<br><br>      Plaintiff, )<br><br>        v. )<br><br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br><br>      Defendant. )<br>_____ ) | Case No. 2:15-cv-02130-JCM-CWH<br><br>**UNOPPOSED MOTION FOR<br>EXTENSION OF TIME<br>(*FIRST REQUEST*)** |

      Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant")

respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm and

Response to Plaintiff's Motion for Remand, due on March 10, 2016, by 30 days, through and including

April 11, 2016. There is good cause for this request because agency counsel assigned to the case will be

on travel and has an unusually robust caseload, which includes active discovery in an employment

matter and an ongoing Bankruptcy investigation. More time is necessary in order to review Plaintiff's

Motion, and to responsibly research and brief this case.  This request is made in good faith with no

intention to unduly delay the proceedings.  Counsel for Defendant conferred with Plaintiff's counsel,

who has no opposition to this motion, on March 1, 2016.

//

Respectfully submitted this 2nd day of March 2016.

DANIEL G. BOGDEN
United States Attorney

/s/ *Heather M. Moss*
HEATHER M. MOSS
Assistant Regional Counsel

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: March 3, 2016

## CERTIFICATE OF SERVICE

I, **Heather M. Moss**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: 562-437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Joshua R. Harris
Attorney at Law: 9580
801 South 4th Street
Las Vegas, NV 89101
Tel.: (702)444-4392
Fax: (702)444-4455
E-mail: Noel@richardharrislaw.com

Dated this 2nd day of March 2016.

/s/ *Heather M. Moss*
HEATHER M. MOSS
Assistant Regional Counsel